**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**

| | |
|---|---|
| In   Debtor(s)<br>Re: | |
| **Toya Diki Smith** | Case No.: **26–55482–jwc** |
| | Chapter:  **7** |

## NOTICE TO DEBTOR THAT COURSE ON FINANCIAL MANAGEMENT IS REQUIRED TO RECEIVE DISCHARGE

Individual Debtors must take an approved course about personal financial management if they filed for bankruptcy under chapter 7 or 13 (11 U.S.C. §§ 727(a)(11) and 1328(g)); or if they filed under chapter 11 and §1141(d)(3) applies. In a joint case, each Debtor must take the course.

After completion of the course, unless an approved provider has notified the court, the Debtor must file with the Court the certificate of course completion issued by the provider, also known as the Certificate of Debtor Education (the "Certificate") before the discharge can be entered.

The filing of the Certificate is a **separate requirement** from the pre–filing credit counseling course certificate.

<u>Time to File</u>: Unless the court extends the time to file, Chapter 7 Debtor(s) must file the Certificate within 60 days after the first date set for the meeting of creditors. Chapter 11 and 13 Debtor(s) must file the Certificate no later than the date the last payment is made as required by the plan or the date a motion for entry of discharge is filed.

**Failure to file the Certificate timely may result in the case being closed without Debtor(s) receiving a discharge.**

If the case is closed without discharge and Debtor(s) subsequently files a motion to reopen the case to file the required Certificate, Debtor(s) must pay the appropriate filing fee to reopen the case.

Dated:   July 21, 2026

**\*\* Mailing Address**
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Form 417 (revised 12/01/2024)

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                    Case No. 26-55482-jwc

Toya Diki Smith                                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                              User: admin                                          Page 1 of 2

Date Rcvd: Jul 21, 2026                          Form ID: 417                                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

**Recip ID**             **Recipient Name and Address**
db               +  Toya Diki Smith, 1351 Hollenbeck Lane, Riverdale, GA 30296-7109

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

**Name**             **Email Address**

E. L. Clark
          on behalf of Debtor Toya Diki Smith cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com

Matthew Franklin Totten
          on behalf of Creditor PR Borrower 26  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Michael Stearsman
          on behalf of Creditor ALTO Asset Company 1  LLC michael.stearsman@brockandscott.com, wbecf@brockandscott.com

Neil C. Gordon
          on behalf of Trustee Neil C. Gordon aford@gordonpettie.com ecf.alert+Gordon@titlexi.com;pbicknell@gordonpettie.com

Neil C. Gordon
          aford@gordonpettie.com  ecf.alert+Gordon@titlexi.com;pbicknell@gordonpettie.com

Office of the United States Trustee
          ustpregion21.at.ecf@usdoj.gov

District/off: 113E-9                                    User: admin                                    Page 2 of 2

Date Rcvd: Jul 21, 2026                                Form ID: 417                                  Total Noticed: 1

TOTAL: 6