Certificate Number: 16339-GAN-DE-041013332

Bankruptcy Case Number: 26-55482



16339-GAN-DE-041013332

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 25, 2026, at 11:11 o'clock AM EDT, Toya Smith completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: May 25, 2026            By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor