**IT IS ORDERED as set forth below:**

**Date: August 6, 2026**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Toya Diki Smith, | ) CASE NO. 26-55482-jwc |
| Debtor(s). | ) CHAPTER 7 |
| | ) |
| | ) Judge Jeffery W. Cavender |
| PR Borrower 26, LLC | ) |
| | ) CONTESTED MATTER |
| Movant. | ) |
| | ) |
| V. | ) |
| | ) |
| Toya Diki Smith, Debtor(s), | ) |
| Neil C. Gordon, Trustee | ) |
| Respondents. | ) |
| | ) |
| | ) |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On July 7, 2026, PR Borrower 26, LLC, (hereinafter, "Movant") filed a Motion For

1

Relief From Automatic Stay (Doc. No. 16) (the "Motion").  The Motion concerns rented real property known as 1351 Hollenbeck Lane, Riverdale GA 30296 (the "Property").  Within the Motion, proper notice – as asserted by Movant - of the opportunity to object and for hearing was provided pursuant to the procedures in Fifth Amended and Restated General Order No. 24-2018 and no objection to the motion was filed prior to the objection deadline.

The Court, having considered the Motion and all other matters of record, including the lack of objection thereto, and based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. Based on the foregoing and pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property.  Movant is not permitted to pursue any collection activities on any post-petition judgment as to property of the estate or any property that the Debtor has exempted under 11 U.S.C. s. 522(b).

**ORDERED** that the automatic stay of 11 U.S.C. s. 362(s) shall remain in effect to prohibit Movant from enforcing a personal judgment against the Debtor for any money due under the Lease.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

2

**Order presented by:**

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Neil C. Gordon
Gordon & Pettie LLC
PO Box 671441
Marietta, GA 30006
*Chapter 7 Trustee*

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341
*Debtor Counsel*

Toya Diki Smith, Debtor
1351 Hollenbeck Lane
Riverdale GA 30296

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

3

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                   Case No. 26-55482-jwc

Toya Diki Smith                                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                          User: bncadmin                              Page 1 of 2

Date Rcvd: Aug 06, 2026                       Form ID: pdf401                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

**Recip ID                Recipient Name and Address**
db                    +  Toya Diki Smith, 1351 Hollenbeck Lane, Riverdale, GA 30296-7109

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

**Name**                              **Email Address**

E. L. Clark
    on behalf of Debtor Toya Diki Smith cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com

Matthew Franklin Totten
    on behalf of Creditor PR Borrower 26  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Michael Stearsman
    on behalf of Creditor ALTO Asset Company 1  LLC michael.stearsman@brockandscott.com, wbecf@brockandscott.com

Neil C. Gordon
    on behalf of Trustee Neil C. Gordon aford@gordonpettie.com  ecf.alert+Gordon@titlexi.com;pbicknell@gordonpettie.com

Neil C. Gordon
    aford@gordonpettie.com  ecf.alert+Gordon@titlexi.com;pbicknell@gordonpettie.com

Office of the United States Trustee
    ustpregion21.at.ecf@usdoj.gov

District/off: 113E-9                          User: bncadmin                                    Page 2 of 2
Date Rcvd: Aug 06, 2026                        Form ID: pdf401                              Total Noticed: 1

TOTAL: 6