**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Toya Diki Smith**
1351 Hollenbeck Lane
Riverdale, GA 30296

**xxx–xx–6467**

Case No.: **26–55482–jwc**
Chapter: **7**
Judge: **Jeffery W. Cavender**

**DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

Jeffery W. Cavender
United States Bankruptcy Judge

Dated: August 12, 2026

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court
Northern District of Georgia

In re:
Toya Diki Smith
Debtor

Case No. 26-55482-jwc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9 | User: bncadmin | Page 1 of 2
Date Rcvd: Aug 12, 2026 | Form ID: 182 | Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Toya Diki Smith, 1351 Hollenbeck Lane, Riverdale, GA 30296-7109 |
| cr | | ALTO Asset Company 1, LLC, 5001 Plaza, Suite 200, Austin, TX 78746 |
| 25854181 | + | DBA Cash Advance dtp, P.O 569, Hays, MT 59527-0569 |
| 25922221 | + | Main Street Renewal, LLC, 192 Anderson Street, Suite 125, Marietta GA 30060-1930 |
| 25854188 | + | Progressing Leasing, 5651 W Talavi Blvd, Glendale, AZ 85306-1884 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 13 2026 00:42:00 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25854177 | + | Email/Text: Persolve@ebn.phinsolutions.com | Aug 12 2026 21:12:08 | Bridgecrest Acceptance Corp, RA Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092-2865 |
| 25854178 | + | EDI: CAPITALONE.COM | Aug 13 2026 00:41:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 25854179 | + | Email/Text: omx-bnc-bk-notices@chime.com | Aug 12 2026 21:12:00 | Chime, PO Box 417, San Francisco, CA 94104-0417 |
| 25854180 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 12 2026 21:19:54 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 25854182 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 12 2026 21:12:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 25854184 | | EDI: GADEPTOFREV | Aug 13 2026 00:42:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 25854183 | + | EDI: PHINGENESIS | Aug 13 2026 00:42:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 25854185 | | EDI: IRS.COM | Aug 13 2026 00:42:00 | IRS, 401 W. Peachtree St., NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 25854186 | + | EDI: TDBANKNORTH.COM | Aug 13 2026 00:42:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 25854187 | + | Email/Text: bknotices@progressresidential.com | Aug 12 2026 21:13:00 | Progress Residential, PO Box 4300, Scottsdale, AZ 85261-4300 |
| 25854189 | | Email/Text: bankruptcy@uprova.com | Aug 12 2026 21:11:00 | Uprova, 635 E Hwy 20 V, Upper Lake, CA 95485 |
| 25855651 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Aug 12 2026 21:12:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25854176 | | After pay |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Toya Diki Smith cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor PR Borrower 26 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Michael Stearsman | on behalf of Creditor ALTO Asset Company 1 LLC michael.stearsman@brockandscott.com, wbecf@brockandscott.com |
| Neil C. Gordon | on behalf of Trustee Neil C. Gordon aford@gordonpettie.com ecf.alert+Gordon@titlexi.com;pbicknell@gordonpettie.com |
| Neil C. Gordon | aford@gordonpettie.com ecf.alert+Gordon@titlexi.com;pbicknell@gordonpettie.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 6